**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-698**

─────────────

In Re: EDWARD ROURKE,

Petitioner.

─────────────

On Petition for Writ of Mandamus.  (CA-97-18-L)

─────────────


─────────────

**No. 97-705**

─────────────

In Re: EDWARD ROURKE,

Petitioner.

─────────────

On Petition for Writ of Habeas Corpus.

─────────────

Submitted:  November 18, 1997      Decided:  December 2, 1997

─────────────

Before HALL, WILKINS, and MICHAEL, Circuit Judges.

Petition for mandamus denied and petition for habeas corpus transferred by unpublished per curiam opinion.

Edward Rourke, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward Rourke petitions this court for a Writ of Habeas Corpus and for a Writ of Mandamus directing a Virginia state court to release Rourke from confinement pending his petition for a Writ of Habeas Corpus. A federal court may not award declaratory or injunctive relief that would affect pending state criminal proceedings absent extraordinary circumstances involving an immediate threat to federally protected rights. See Younger v. Harris, 401 U.S. 37, 46-53 (1971). Furthermore, mandamus relief is only appropriate where the petitioner shows that no other means of relief is available. In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Because Rourke did not file a direct appeal of his conviction and has demonstrated no extraordinary circumstances involving a threat to his federally protected rights, his petition for a Writ of Mandamus is denied. We decline to entertain Rourke's application for a writ of habeas corpus and transfer it to the United States District Court for the Western District of Virginia for disposition.[*] 28 U.S.C.A. § 2241(b) (West 1994 & Supp. 1997); Fed. R. App. P. 22(a). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED; PETITION TRANSFERRED

---

[*] We defer to the district court's disposition of Rourke's motion to expedite his application for a writ of habeas corpus. We deny Rourke's motion to stay and Respondent's motion to dismiss the mandamus petition.